IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY V. DAVID, et al., | No. C 12-01752 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GMAC MORTGAGE, et al., | |
| Defendants. / | |

On June 13, 2012, Defendant GMAC Mortgage filed a motion to dismiss, which is noticed for a hearing on August 10, 2012. On June 14, 2012, Defendants Tyneia G. Merrit and Merrit Law, Inc. filed a motion to dismiss, which also is noticed for a hearing on August 10, 2012.

Plaintiffs are proceeding *pro se*, and the Defendants served their motions to dismiss by U.S. Mail. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a), Plaintiffs' opposition briefs to each of the Defendants' motions were due on July 2, 2012. Plaintiffs have not filed an opposition to either motion.

Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiffs' response to this Order to Show Cause shall be due by no later than July 18, 2012. If Plaintiffs seek to file belated opposition briefs to the Defendants' motions, they must show good cause for such a request and submit proposed opposition briefs with that request by no later than July 18, 2012. If the Court grants Plaintiffs leave to file belated opposition briefs, it shall set a deadline for Defendants to file replies.

It is FURTHER ORDERED that, pending further order of the Court, the hearing on on the motions to dismiss remain on calendar on August 10, 2012.

Plaintiffs are HEREBY ADVISED that if they fail to file a response to this Order to Show Cause, or fail to file a request to submit belated opposition briefs, by July 18, 2012, the Court SHALL dismiss this case with prejudice and without further notice to Plaintiffs for failure to prosecute.

Finally, the Court HEREBY ADVISES Plaintiffs that the Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: July 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY et al,

    Plaintiff,

v.

DAVID-V-GMAC MORTGAGE et al,

    Defendant.

Case Number: CV12-01752 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashley V. David
5417 Summerfield Drive
Antioch, CA 94531

Nosheen David
5417 Summerfield Drive
Antioch, CA 94531

Dated: July 6, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk