IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY V. DAVID, et al., | No. C 12-01752 JSW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GMAC MORTGAGE, et al., | |
| Defendants. | |

On June 13, 2012, Defendant GMAC Mortgage filed a motion to dismiss, which is noticed for a hearing on August 10, 2012. On June 14, 2012, Defendants Tyneia G. Merrit and Merrit Law, Inc. filed a motion to dismiss, which also is noticed for a hearing on August 10, 2012. Plaintiffs are proceeding *pro se*, and the Defendants served their motions to dismiss by U.S. Mail. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a), Plaintiffs' opposition briefs to each of the Defendants' motions were due on July 2, 2012. Plaintiffs have not filed an opposition to either motion.

On July 6, 2012, the Court issued an Order to Show Cause directing Plaintiffs to show cause why the case should not be dismissed for failure to prosecute. In that Order, the Court directed Plaintiffs to file a response by no later than July 18, 2012. The Court also noted that, if Plaintiffs wanted to file belated opposition briefs to the Defendants' motions, they would be required to make a request showing good cause and to submit proposed opposition briefs with that request by no later than July 18, 2012.

The Court also advised Plaintiffs they failed to file a response to this Order to Show Cause, or failed to file a request to submit belated opposition briefs, by July 18, 2012, the Court would dismiss this case with prejudice and without further notice to Plaintiffs for failure to prosecute.

Plaintiffs have failed to file a response to the Order to Show Cause. Plaintiffs also failed to file a request to file belated opposition briefs. Accordingly, the Court HEREBY DISMISSES this action with prejudice for failure to prosecute. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY et al,

    Plaintiff,

v.

DAVID-V-GMAC MORTGAGE et al,

    Defendant.

Case Number: CV12-01752 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashley V. David
Nosheen David
5417 Summerfield Drive
Antioch, CA 94531

Dated: July 24, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk